UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. _____

VONTELLA HENSLEY                                                                      PLAINTIFF

V.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                              DEFENDANT

---

**RULE 7.1 DISCLOSURE**
*[Filed Electronically]*

---

**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
CORPORATE DISCLOSURE STATEMENT**

Allstate Property and Casualty Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company.  Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.  Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Respectfully submitted,

/s/ *Mindy G. Barfield*
Mindy G. Barfield
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
mindy.barfield@dinsmore.com

40462904