UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-CV-00200-GFVT

VONTELLA HENSLEY                                                  PLAINTIFF

V.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                        DEFENDANT

**JOINT REPORT OF PARTIES' PLANNING MEETING**
*[Filed Electronically]*

      1.      Consistent with the Court's December 12, 2023 Order (D.N. 4), counsel for the Parties met telephonically on Thursday, December 14, 2023 to discuss a proposed discovery plan and scheduling order under Fed. R. Civ. P. 16(b)-(c) and Fed. R. Civ. P. 26(f)(3). The following persons participated in a Fed. R. Civ. P. 26(f) planning conference:

> Mindy G. Barfield
> DINSMORE & SHOHL, LLP
> 100 West Main Street, Suite 900
> Lexington, Kentucky 40507
> (859) 425-1000
> mindy.barfield@dinsmore.com
> *Counsel for Defendant – on Extra-Contractual Claims*

> Marcia M. Ridings, PLLC
> HAMM, MILBY & RIDINGS, PLLC
> 120 North Main Street
> London, KY  40741
> (606) 864-4126
> marcia@hmrkylaw.com
> *Counsel for Defendant – on UIM/Contract Claim*

>Yancey White, Esq.
>MORGAN & WHITE
>2281 S. Highway 421
>Manchester, KY  40962
>(606) 598-8188
>morganwhite7@gmail.com
>*Counsel for Plaintiff*

2. During the meeting, the Parties discussed the potential bifurcation and stay of discovery as to the Plaintiff's bad faith/extra-contractual claims against the Defendant. Plaintiff counsel is willing to permit an order to be entered bifurcating bad faith/extra-contractual claims from the underlying UIM claim for discovery and trial, including a stay of discovery on those claims until the UIM claim is resolved. A separate Agreed Order to that effect is tendered herewith.

3. The Parties further propose the following schedule for the UIM claim in this case:

- Any amendment of the pleadings shall be filed no later than July 1, 2024.

- Fact discovery shall commence from this date forward, with a deadline to complete all fact discovery on April 1, 2024;

- The Parties agree to the standard number of interrogatories and depositions, and the duration limits of depositions, as set forth in the Federal Rules of Civil Procedure;

- Plaintiff's expert disclosures shall be filed and served no later than April 1, 2024;

- Defendant's expert disclosures shall be filed and served no later than June 1, 2024;

- Any depositions of experts shall be completed by August 1, 2024;

- Any dispositive motion shall be filed and served by August 15, 2024;

- Any *Daubert* motions shall be filed and served by August 15, 2024;

- The pretrial disclosures required by Rule 26(a)(3) shall be filed and served no later than August 15, 2024;

- Any objections to witnesses, exhibits or deposition designations to be filed 45 days before trial, with responses due 30 days before trial, and any replies due 15 days before trial;

- Any other motions in limine should be filed 30 days before trial, with responses due 15 days before trial;

- Any jury instructions must be submitted 30 days before trial;

- The trial of the UIM claim is anticipated to last two (2) days.

- The Parties do not consent to a trial before a Magistrate Judge.

- The Parties have not engaged in settlement discussions at this time. They anticipate engaging in voluntary settlement negotiations after certain agreed upon discovery is completed. If these efforts are not successful, the Parties may seek a settlement conference with the Magistrate Judge.

Respectfully submitted,

*/s/ Mindy G. Barfield*
Mindy G. Barfield
DINSMORE & SHOHL, LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
(859) 425-1000
mindy.barfield@dinsmore.com
*Counsel for Defendant, Allstate Property and Casualty Insurance Company – on Extra-Contractual Claims*

and

*/s/ Marcia M. Ridings (w/permission)*
Marcia M. Ridings, PLLC
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY  40741
(606) 864-4126
marcia@hmrkylaw.com
*Counsel for Defendant, Allstate Property and Casualty Insurance Company on Count II of the Complaint*

and

*/s/ Yancey White (w/permission)*
Yancey White, Esq.
MORGAN & WHITE
2281 S. Highway 421
Manchester, KY  40962
(606) 598-8188
morganwhite7@gmail.com
*Counsel for Plaintiff, Vontella Hensley*

40921379

4