UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-CV-00200-GFVT

| | |
|---|---|
| VONTELLA HENSLEY | PLAINTIFF |
| V. | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | DEFENDANT |

**AGREED ORDER TO BIFURCATE AND STAY**
*[Filed Electronically]*

The matter being before the Court, and the Court being duly advised, it is HEREBY ORDERED that (1) Plaintiff's UIM claim and her other extra-contractual/bad faith shall be bifurcated from one another for purposes of trial, and if tried, resolved in separate trials; and (2) any and all discovery on Plaintiff's extra-contractual/bad faith claims shall be stayed pending a resolution of the UIM claim through a settlement or verdict.

Have Seen and Agreed to:

*/s/ Mindy G. Barfield*
Mindy G. Barfield
DINSMORE & SHOHL, LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
(859) 425-1000
mindy.barfield@dinsmore.com
*Counsel for Defendant, Allstate Property and Casualty Insurance Company – on Extra-Contractual Claims*

1

and

*/s/ Marcia M. Ridings (w/permission)*
Marcia M. Ridings, PLLC
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY  40741
(606) 864-4126
marcia@hmrkylaw.com
*Counsel for Defendant, Allstate Property and*
*Casualty Insurance Company on Count II of the Complaint*

and

*/s/ Yancey White (w/permission)*
Yancey White, Esq.
MORGAN & WHITE
2281 S. Highway 421
Manchester, KY  40962
(606) 598-8188
morganwhite7@gmail.com
*Counsel for Plaintiff, Vontella Hensley*


40937676