UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-cv-00200-GFVT

VONTELLA HENSLEY                                                                         PLAINTIFF

VS

ALLSTATE PROPERTY AND CASUALTY                                          DEFENDANT
INSURANCE COMPANY

## NOTICE OF SERVICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF

The Defendant, Allstate Property and Casualty Insurance Company, by counsel, herewith certifies to the court and to all interested parties that Defendant's Interrogatories and Requests for Production of Documents were propounded upon the Plaintiff, Vontella Hensley, and emailed to counsel of record on this 29th day of December, 2023.

                      Respectfully submitted,

                      HAMM, MILBY & RIDINGS, PLLC
                      120 NORTH MAIN STREET
                      LONDON, KY 40741
                      PHONE: 606-864-4126
                      FAX: 606-878-8144
                      marcia@hmrkylaw.com
                      ATTORNEYS FOR DEFENDANT
                      ALLSTATE PROPERTY AND
                      CASUALTY INSURANCE COMPANY
                      ON COUNT II OF THE COMPLAINT

                      BY:____/s/ Marcia Milby Ridings_____
                              MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **December 29, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Yancey White, Esq.<br>Morgan & White<br>2281 S Highway 421<br>Manchester, KY  40962<br>morganwhite7@gmail.com<br>*Counsel for Plaintiff Vontella Hensley* | Mindy G. Barfield, Esq.<br>Dinsmore & Shohl, LLP<br>City Center<br>100 W Main Street, Ste. 900<br>Lexington, KY  40507<br>Mindy.barfield@dinsmore.com<br>*Counsel for Allstate (on Count III, V, VI, and VII of the Complaint)* |

   /s/ Marcia Milby Ridings
COUNSEL FOR ABOVE-NAMED DEFENDANT