UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| VONTELLA HENSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:23-CV-200-GFVT-HAI |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALLSTATE PROPERTY & CASUALTY INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

District Judge Van Tatenhove has referred this matter to the undersigned to supervise discovery and pretrial proceedings. D.E. 7 at 8. The Court **HEREBY ORDERS** that a **teleconference SHALL** occur on **Friday, February 23, 2024, at 11:00 a.m.**, to discuss the progress of discovery. The call will be off the record and for counsel only. The Court will provide dial-in instructions prior to the call.

This the 4th day of January, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge