UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-cv-00200-GFVT

***ELECTRONICALLY FILED***

| | |
|---|---|
| VONTELLA HENSLEY | PLAINTIFF, |
| VS. | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | DEFENDANT. |

**NOTICE OF SERVICE OF PLAINTIFF, VONTELLA HENSLEY'S ANSWERS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Comes the Plaintiff, Vontella Hensley, by and through counsel, and hereby gives notice that she has tendered her answers and responses to Interrogatories and Request for Production of Documents propounded by the Defendant, Allstate Property and Casualty Insurance Company, this 2nd day of February 2024.

BY: /s/ Yancey L. White
HON. YANCEY L. WHITE
MORGAN & WHITE LAW OFFICES
2281 SOUTH HIGHWAY 421
MANCHESTER, KENTUCKY  40962
(606) 598-8188 TELEPHONE
(606) 598-8196 FAX
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE:**

I hereby certify that a copy of the foregoing was served by e-mailing a true and accurate

copy to the following:

Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
marcia@hmrkylaw.com

Mindy Barfield
Dinsmore & Shohl
100 W. Main Street, Suite 900
Lexington, KY 40507
Mindy.barfield@dinsmore.com

All on this 2nd day of February 2024.

/s/ Yancey L. White
COUNSEL FOR PLAINTIFF