UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| VONTELLA HENSLEY, ) | |
| ) | |
| Plaintiff, ) | No. 6:23-CV-200-GFVT-HAI |
| ) | |
| v. ) | NOTICE |
| ) | |
| ALLSTATE PROPERTY & CASUALTY ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

A teleconference is currently scheduled in the above captioned matter for **11:00 a.m.** on **Friday February 23, 2024**. The parties are **DIRECTED** to dial (859) 474-8484 and enter the conference ID 546 489 716# to join the teleconference.

This the 22nd day of February, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge