UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-cv-00200-GFVT

VONTELLA HENSLEY                                                                                          PLAINTIFF

VS

ALLSTATE PROPERTY AND CASUALTY                                                        DEFENDANT
INSURANCE COMPANY

### NOTICE TO TAKE DEPOSITION

All parties hereto will please take notice that the Defendant, Allstate Property and Casualty Insurance Company, by counsel, will proceed to take the deposition of the following named individual:

| | |
|---|---|
| NAME: | **Vontella Hensley** |
| LOCATION: | **Morgan & White**<br>**2281 S Highway 421**<br>**Manchester, KY  40962** |
| DATE: | **Friday, March 1, 2024** |
| TIME: | **10:00 a.m.** |

Said deposition to be taken by a qualified stenographic reporter and reduced to typewritten transcript and used for any purpose consistent with the Federal Rules of Civil Procedure.

        Respectfully submitted,

        HAMM, MILBY & RIDINGS, PLLC
        120 NORTH MAIN STREET
        LONDON, KY 40741
        PHONE: 606-864-4126
        FAX: 606-878-8144
        marcia@hmrkylaw.com

                                        ATTORNEYS FOR DEFENDANT
                                        ALLSTATE PROPERTY AND
                                        CASUALTY INSURANCE COMPANY
                                        ON COUNT II OF THE COMPLAINT

BY:   /s/ Marcia Milby Ridings
       MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **February 23, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

| Yancey White, Esq.<br>Morgan & White<br>2281 S Highway 421<br>Manchester, KY  40962<br>morganwhite7@gmail.com<br>*Counsel for Plaintiff Vontella Hensley* | Mindy G. Barfield, Esq.<br>Dinsmore & Shohl, LLP<br>City Center<br>100 W Main Street, Ste. 900<br>Lexington, KY  40507<br>Mindy.barfield@dinsmore.com<br>*Counsel for Allstate (on Count III, V, VI, and VII of the Complaint)* |
|---|---|

I further certify that I emailed the foregoing document to the following:

Ms. Karen Bailey
Southeastern Kentucky Court Reporting Service
P.O. Box 863
London, KY  40743
**Via Email:**  secr5070@gmail.com

all on this 23rd day of February, 2024.

                                        /s/ Marcia Milby Ridings
                                        COUNSEL FOR ABOVE-NAMED
                                        DEFENDANT