UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CIVIL MINUTES

CASE NO: **6:23-CV-200-GFVT**    AT: **London**    DATE: **02/23/2024**

STYLE: **Vontella Hensley v. Allstate Property & Casualty Insurance Company**

PRESENT: HON. **HANLY A. INGRAM**, MAGISTRATE JUDGE

| N/A | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

| Yancey L. White | Marcia Milby Ridings |
|---|---|
| **ATTORNEY PRESENT FOR PLAINTIFF** | **ATTORNEY PRESENT FOR DEFENDANT** |

PROCEEDINGS:    TELEPHONIC CONFERENCE CALL

Remarks:   This matter was called for a telephonic conference with counsel participating as noted. No follow-up conference was deemed necessary.

| X |   | Counsel advised the Court that the case is proceeding according to the deadlines set forth in the Scheduling Order. |
|---|---|---|
|   |   | Counsel advised the Court that they would be unable to comply with the Scheduling Order, and the Court advised counsel of the need to request relief from deadlines by proper motion. |
| X |   | Counsel advised the Court that no discovery issues currently require the Court's attention. The Court directed the parties to follow the discovery dispute resolution procedure in the scheduling order if disputes arise. |
|   |   | Counsel described a discovery dispute which currently requires the Court's attention, as described above. |

| | |
|---|---|
| __X__ | **The Court addressed the possibility of settlement before trial, and advised counsel that a magistrate judge may promptly conduct a settlement conference upon joint motion of the parties.** |
| _____ | **Counsel jointly requested a settlement conference and the Court will promptly schedule one.** |
| __X__ | **The Court asked counsel if any other pretrial issues required the Court's attention. Counsel informed the Court that no other issues require the Court's attention at this time.** |

**COPIES TO:**

COR

TIC: 13 MINUTES

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge