UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-cv-00200-GFVT

VONTELLA HENSLEY                                                                                    PLAINTIFF

VS

ALLSTATE PROPERTY AND CASUALTY                                              DEFENDANT
INSURANCE COMPANY

**SUPPLEMENTAL NOTICE TO TAKE DEPOSITION**
**(CHANGE OF COURT REPORTER ONLY)**

All parties hereto will please take notice that the Defendant, Allstate Property and Casualty Insurance Company, by counsel, will proceed to take the deposition of the following named individual:

| | |
|---|---|
| NAME: | **Vontella Hensley** |
| LOCATION: | **Morgan & White**<br>**2281 S Highway 421**<br>**Manchester, KY  40962** |
| DATE: | **Friday, March 1, 2024** |
| TIME: | **10:00 a.m.** |

Said deposition to be taken by a qualified stenographic reporter and reduced to typewritten transcript and used for any purpose consistent with the Federal Rules of Civil Procedure.

                                                                 Respectfully submitted,

                                                                 HAMM, MILBY & RIDINGS, PLLC
                                                                 120 NORTH MAIN STREET
                                                                 LONDON, KY 40741
                                                                 PHONE: 606-864-4126
                                                                 FAX: 606-878-8144

        marcia@hmrkylaw.com
ATTORNEYS FOR DEFENDANT
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY
ON COUNT II OF THE COMPLAINT

BY: /s/ Marcia Milby Ridings
      MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **February 26, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Yancey White, Esq.<br>Morgan & White<br>2281 S Highway 421<br>Manchester, KY  40962<br>morganwhite7@gmail.com<br>*Counsel for Plaintiff Vontella Hensley* | Mindy G. Barfield, Esq.<br>Dinsmore & Shohl, LLP<br>City Center<br>100 W Main Street, Ste. 900<br>Lexington, KY  40507<br>Mindy.barfield@dinsmore.com<br>*Counsel for Allstate (on Count III, V, VI, and VII of the Complaint)* |

I further certify that I emailed the foregoing document to the following:

An/Dor Reporting & Video Technologies, Inc.
179 E Maxwell Street
Lexington, KY  40508
**Via Email:** setdepovideo@andorreporting.com

all on this 26th day of February, 2024.

      /s/ Marcia Milby Ridings
      COUNSEL FOR ABOVE-NAMED
      DEFENDANT