UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:23-cv-00200-GFVT

| | |
|---|---|
| VONTELLA HENSLEY | PLAINTIFF |
| VS | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | DEFENDANT |

## AGREED ORDER OF FINAL DISMISSAL

Upon agreement of the parties, it is hereby ORDERED that this action be and the same is dismissed, as settled, with prejudice. Each party is responsible for bearing its own costs. There being no cause for delay, this is a final and appealable order, and this matter may now be stricken from the Court's docket.

Dated this ____ day of _____, 2024.

_____
HON. GREGORY F. VAN TATENHOVE
JUDGE, EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

HAVE SEEN AND AGREED:

__/s/ Yancey White_____
Yancey White, Esq.
*Attorney for Plaintiff*


__/s/ Marcia Milby Ridings___
Marcia Milby Ridings, Esq.
*Attorney for Defendant*

<u>DISTRIBUTION TO:</u>

| | |
|---|---|
| Yancey White, Esq.<br>Morgan & White<br>2281 S Highway 421<br>Manchester, KY  40962<br>morganwhite7@gmail.com<br>*Counsel for Plaintiff*<br><br>Marcia Milby Ridings, Esq.<br>Hamm, Milby & Ridings, PLLC<br>120 North Main Street<br>London, KY  40741<br>*Counsel for Allstate Property and Casualty Insurance Company* | Mindy G. Barfield, Esq.<br>Dinsmore & Shohl, LLP<br>City Center<br>100 W Main Street, Ste. 900<br>Lexington, KY  40507<br>Mindy.barfield@dinsmore.com<br>*Counsel for Allstate Property and Casualty Insurance Company (on Count III, V, VI, and VII of the Complaint)* |