UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

VONTELLA HENSLEY,

    Plaintiff,

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

Civil No. 6:23-cv-00200-GFVT

**ORDER**

\*\*\*　\*\*\*　\*\*\*　\*\*\*

This matter is before the Court on the parties' Proposed Agreed Order [R. 15] dismissing all claims asserted by Plaintiff Vontella Hensley against Defendant Allstate Property and Casualty Insurance Company. The parties have agreed to dismiss the claims, with each bearing his own costs and attorney's fees. *Id.* Pursuant to the Federal Rules of Civil Procedure, an action may be dismissed by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal is without prejudice unless the notice or stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here, the Parties indicate that the dismissal be with prejudice. [R. 15.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Agreed Order [**R. 15**] is **GRANTED**;

2. All of Plaintiff Vontella Hensley's claims against Defendant Allstate Property and Casualty Insurance Company are **DISMISSED** with prejudice; and

3. Each party **SHALL** bear their own costs, expenses, and fees; and

4. This matter is **STRICKEN** from the Court's docket.

This the 3rd day of May 2024.

Gregory F. Van Tatenhove
United States District Judge